IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES CARRINGTON,<br>　　Petitioner, | :<br>:<br>: |
| 　　　　v. | : **CIVIL ACTION NO.**<br>: **18-4801**<br>: |
| TERESA DELBALSO, *et al.*,<br>　　Respondents. | :<br>: |

## ORDER

**AND NOW,** this 27th day of November, 2019, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice to which no objections were filed, **IT IS ORDERED** that:

1. The Report and Recommendation [Doc. 14] is **APPROVED** and **ADOPTED**;
2. The Petition for Writ of Habeas Corpus is **DENIED** with prejudice;
3. There is no probable cause to issue a certificate of appealability; and
4. The Clerk of the Court shall mark this case closed for statistical purposes.

　　　　　　　　　　　　　　　　　**BY THE COURT:**


　　　　　　　　　　　　　　　　　**/s/ Jeffrey L. Schmehl**
　　　　　　　　　　　　　　　　　**JEFFREY L. SCHMEHL, J.**