# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES CARRINGTON,<br>    Petitioner,<br><br>        v.<br><br>TERESA DELBALSO, *et al.,*<br>    Respondents. | :<br>:<br>:<br>:   CIVIL ACTION NO.<br>:   18-4801<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 30th day of September, 2020, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, **IT IS ORDERED** that:

1. Petitioner's Objections [Docs. 22 and 23] are **OVERRULED**.

2. The Report and Recommendation [Doc. 14] is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of Habeas Corpus is **DENIED** with prejudice;

4. The motion for a temporary stay [Doc. 20] is **DENIED** as moot.

5. There is no probable cause to issue a certificate of appealability; and

6. The Clerk of the Court shall mark this case closed for statistical purposes.

                             **BY THE COURT:**

                             **/s/ Jeffrey L. Schmehl**
                             JEFFREY L. SCHMEHL, J.